IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00742-BNB

MICHAEL A. COLLINS,

Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES LLC,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

At the request of the parties including, particularly, the plaintiff,

IT IS ORDERED:

(1) The **Stipulation of Dismissal of Motion for Temporary Restraining Order or Preliminary Injunction** [Doc. # 21, filed 7/30/2014] is GRANTED; and

(2) **Plaintiff's Motion for Temporary Restraining** [Doc. # 5, filed 6/25/2014] is DENIED without prejudice as moot.


DATED:  August 7, 2014