IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00742-BNB

MICHAEL A. COLLINS,

Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES LLC, and
LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC, individually,

Defendants.
_____

**ORDER**
_____

The plaintiff previously filed a **Motion to File Documents Under Seal** [Doc. # 30, filed 8/18/2014], which I denied by an Order [Doc. # 31]. The Order mistakenly reported that the plaintiff sought an order restricting access to "'the exhibits to the Verified Complaint and Amended Verified Complaint,' but no exhibits are attached to those documents, nor have any been filed separately." In fact, the plaintiff did submit the exhibits conventionally on a DVD.

Filing materials in the District of Colorado is governed by the Electronic Case Filing Procedures (Civil Cases). Section 1.2(f) of those procedures provides that non-prisoner pro se parties not approved to file electronically "must file their documents in paper" and that the paper documents "will be scanned and uploaded into ECF by court staff." Consequently, the plaintiff's filing of the DVD does not comply with the Electronic Case Filing Procedures, and the contents of the DVD will not be considered.

SO ORDERED.

Dated August 25, 2014.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge