IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00742-BNB

MICHAEL A. COLLINS,

Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES LLC, and
LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC, individually,

Defendants.

---

# ORDER

---

Now before me is **Experian Information Solutions' Motion to Attend Status Conference By Telephone** [Doc. # 43, filed 9/12/2014] ("the Motion").[1] The Motion misapprehends the purpose of the status conference and is DENIED.

This case was drawn to me directly under this district's Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges. That program requires, among other things, that the parties complete and file a Consent Form indicating either that all parties consent to the jurisdiction of a magistrate judge or that at least one party does not consent. As the minute order attempted to make clear, the purpose of the status conference is to facilitate the filing of the Consent Form. The status conference will be vacated upon the filing of a completed Consent Form, either consenting or not.

---

[1] The Motion was filed twice and appears as both Doc. ## 42 and 43. The only difference between the two motions is that Doc. # 43 appends a proposed form of order.

In summary, the status conference will be vacated if a completed Consent Form is filed. If it is not, then counsel and the pro se plaintiff must be present at the status conference in person so that they may complete the Consent Form at that time.

IT IS ORDERED that the Motion [Doc. # 43] is DENIED.

Dated September 15, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge