IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00742-RBJ-BNB

MICHAEL A. COLLINS,

Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES LLC, and
LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC, individually,

Defendants.
_____

**ORDER**
_____

This matter arises on the following motions:

(1) **Motion of Defendant LexisNexis Risk Data Retrieval Services LLC to Dismiss Plaintiff's Amended Verified Complaint** [Doc. #26, filed 08/14/2014] (the "Motion to Dismiss");

(2) **Plaintiff's Motion for Leave to File a Surreply . . .** [Doc. #55, filed 10/03/2014] (the "Motion to File a Sur-reply"); and

(3) **Plaintiff's Motion and Memorandum of Points and Authorities for Leave to File an Amended Complaint** [Doc. #74, filed 10/27/2014] (the "Motion to Amend").

The plaintiff seeks leave to file a second amended complaint.  The Federal Rules of Civil Procedure provide that a party may amend a pleading by leave of court, and that leave shall be given freely when justice so requires.  Fed.R.Civ.P. 15(a).  A motion to amend may be denied on the grounds of undue delay, bad faith or dilatory motive on the part of the movant, repeated

failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of amendment. Foman v. Davis, 371 U.S. 178, 182 (1962).

It does not appear that the proposed amendment is the result of any undue delay, bad faith or dilatory motive on the part of the plaintiff, or repeated failure to cure deficiencies by amendments previously allowed. Nor does it appear that the amendment is futile or that it will result in any undue prejudice to the opposing parties. Foman v. Davis, 371 U.S. 178, 182 (1962). Accordingly,

IT IS ORDERED:

(1) The Motion to Dismiss [Doc. #26] is DENIED WITHOUT PREJUDICE;

(2) The Motion to File a Sur-reply [Doc. #55] is DENIED AS MOOT;

(3) The plaintiff's Motion to Amend [Doc. #74] is GRANTED; and

(4) The Clerk of the Court shall accept for filing the Second Amended Complaint [Doc. #74, pp. 44-69].

Dated November 21, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge