IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-00742-RBJ-BNB

MICHAEL A. COLLINS,

      Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORAMTION SERVICES LLC, and
LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC, individually,

      Defendants.

---

ORDER

---

      This matter is before the Court on the October 14, 2014 Order and Recommendation of Magistrate Judge Boyd N. Boland [ECF No. 71]. The Recommendation addresses Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction [ECF No. 35]. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

      The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. However, no objection was filed by either party. "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those

1

findings.")).

The Court has reviewed the motion as well as all relevant filings in the docket. The Court also considered an audio recording of the hearing that Judge Boland held on the motion.[1] Based on this review, the Court concludes that Judge Boland's analyses and recommendations are correct, and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of United States Magistrate Judge [ECF No. 71] is AFFIRMED and ADOPTED. Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction [ECF No. 35] is DENIED.

DATED this 24th day of November, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge

---

[1] No official transcript exists because neither party has ordered one.