IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-00742-RBJ-BNB

MICHAEL A. COLLINS,

    Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORAMTION SERVICES LLC, and
LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC, individually,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

Plaintiff Michael A. Collins ("Plaintiff") and LexisNexis Risk Data Retrieval Services LLC ("LNRDRS") (collectively "the Parties") have announced to the Court that all matters in controversy between the Parties have been resolved. A Stipulated Motion to Dismiss the Case with Prejudice (ECF No. 98) has been filed with the Court. Having considered the Stipulated Motion, the Court makes and delivers the following ruling:

IT IS ORDERED that all claims and causes of action that were or could have been asserted in this lawsuit by Plaintiff against LNRDRS are in all respects dismissed with prejudice, with each side to bear his or its own respective attorneys' fees and costs. The Court shall retain jurisdiction to enforce and interpret the terms of the Settlement Agreement between the Parties.

2

DATED this 2nd day of January, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge