IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00742-RBJ-BNB

MICHAEL A. COLLINS,

Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES LLC,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Quash Subpoena to Produce Issued to Wakefield & Associates, Inc.** [docket no. 105, filed January 28. 2015] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and plaintiff shall respond to the Motion on or before **February 19, 2015**.

DATED:  January 29, 2015