IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00742-RBJ-BNB

MICHAEL A. COLLINS,

Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES LLC,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Stipulation and Unopposed Motion for Extension of the Discovery Cut-off for Depositions and Pending Written Discovery** [docket no. 112, filed January 30, 2015] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **February 27, 2015**. The parties will complete all depositions and answer all pending written discovery by February 27, 2015.

DATED:  February 2, 2015