# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00742-RBJ-NYW

MICHAEL A. COLLINS,

    Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

## MINUTE ORDER

Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendant Trans Union, LLC's ("Trans Union") Unopposed Motion to Amend/Correct/Modify the Scheduling Order and Minute Order ("Motion to Amend") [#120].  Pursuant to the Order Referring Case dated September 18, 2014 [#50] and the memorandum dated February 13, 2015 [#121], this matter was referred to this Magistrate Judge.

    IT IS ORDERED that Trans Union's Motion to Amend is GRANTED:

(1) The deadline for Dispositive Motions is extended to **April 28, 2015**; and

(2) The Settlement Conference set for April 28, 2015 is vacated and reset for **March 18, 2015** at **9:30 a.m.** in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  *See* D.C.COLO.LCivR 83.2(b).

DATED: February 18, 2015.