## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00742-RBJ-NYW

MICHAEL A. COLLINS,

    Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendants Trans Union LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC's (collectively, "Defendants") Unopposed Motion for Leave for Defendants' Corporate Representatives to Attend Settlement Conference Via Telephone ("Motion for Leave"). [#132, filed March 10, 2015]. Pursuant to the Order Referring Case dated September 18, 2014 [#50] and the memorandum dated March 11, 2015 [#133], the matter was referred to this Magistrate Judge.

    IT IS ORDERED that Defendants' Motion for Leave is GRANTED. Defendants' corporate representatives must be available to speak with the court from the start of the Settlement Conference at 9:30 a.m. until its conclusion. Counsel for Defendants are instructed to provide to Wang_Chambers@cod.uscourts.gov the telephone numbers for their respective corporate representatives who intend to participate in the Settlement Conference.

    DATED: March 11, 2015