UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

**Civil Action No. 1:14-cv-00742-RBJ-NYW**

MICHAEL A. COLLINS,

        Plaintiff,

v.

TRAN UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.
EQUIFAX INFORMATION SERVICES
LLC, and LEXISNEXIS RISK DATA
RETRIEVAL SERVICES, LLC,

        Defendants.

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S
MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT**

On this date, the Court considered Defendant Trans Union LLC's ("Trans Union") Motion for Summary Judgment and Brief in Support. The Court, having considered the Motion, any response thereto, any reply thereto, and the pleadings and the evidence, finds that the Motion is well taken and should in all respects be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Trans Union's Motion for Summary Judgment is granted in its entirety. Plaintiff's lawsuit against Trans Union is hereby DISMISSED WITH PREJUDICE. This is a final Order disposing of all of Plaintiff's claims against Trans Union.

SIGNED this _____ day of _____ 2015.

**HONORABLE R. BROOKE JACKSON**
US DISTRICT COURT JUDGE