FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 MAY 15  PM 2:59

JEFFREY P. COLWELL
       CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHAEL A. COLLINS ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 14-CV-00742-RBJ-NYW |
| v. ) | |
| ) | |
| TRANS UNION, LLC, EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC, EQUIFAX INFORMATION ) | |
| SERVICES LLC, and LEXISNEXIS RISK DATA ) | |
| RETRIEVAL SERVICES LLC, individually ) | |
| ) | |
| Defendant(s) ) | |
| ) | |

**PLAINTIFF <u>UNOPPOSED</u> MOTION TO CONTINUE TRIAL DATE AND FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Michael A. Collins ("Collins") pursuant to D.C.COLO.LCivR 6.1(a), hereby moves this Court for an order continuing the trial date set to commence on July 20, 2015, for 45 to 60 days, and further request an extension of time up to and including Tuesday, June 9, 2015, in which to file a response in opposition to Experian Information Solutions, Inc. ("Experian") Motion for Summary Judgment [Doc. No. 151] and Trans Union LLC's ("Trans Union") Motion for Summary Judgment [Doc. No. 156], and for good cause, and in support states as follows:

1. The trial of this case is scheduled to commence July 20, 2015 at 9:00 a.m.

[1]

2. The parties filed a joint stipulation and unopposed motion for extension of the discovery cut-off for depositions and pending written discovery January 15, 2015, in order to respond to written discovery request and for Equifax to take Collins' deposition. [Doc. No. 112].

3. The Motion was granted extending the discovery cut-off to February 27, 2015. [Doc. No. 116].

4. Trans Union filed its unopposed motion to modify the scheduling order [Doc. No. 70] and minute order [Doc. No. 118] to modify the deadline for dispositive motions and the date of the settlement conference February 12, 2015. [Doc. No. 120].

5. The Court granted the motion switching the original settlement conference date from April 28, 2015 to March 16, 2015 and the original dispositive motion deadline March 16, 2015 to April 28, 2015. [Doc. No. 122].

6. Experian filed its Motion for Summary Judgement April 27, 2015 and Trans Union filed its Motion for Summary Judgment April 28, 2015. Unfortunately, Collins did not receive the motions until late last week, while in the process of responding to Trans Union's Motion for Leave to file its Amended Answer to add a Counterclaim, which Collins filed concurrently with his motion for extension of time [Doc. No. 166]. Both Motions for Summary Judgement are similar, except that Trans Unions Motion is 40 pages in length, which Collins is unable to file a response within the short time that remains. Collins is in need of additional time to research and draft a response to Defendants comprehensive Motions. A response to Defendants Motion is currently due Monday, May 18, 2015, for Experian and Tuesday, May 19, 2015 for Trans Union. However, Collins is unable to complete his research and draft a comprehensive Response in time to meet the current deadline for filing a response to Defendants Motions.

7. Collins motioned the Court for an extension of time May 14, 2015, which the Court denied in light of the pending dates. *See* [Doc. No. 170].

8. For the reasons stated above, Collins seeks a 45 to 60 day continuance of the trial date, so that he may have adequate time to file his response to Defendants motion for summary judgment and the Defendants their reply and the Court sufficient time to make a ruling on the Motions.

9. Collins requests up to and including Tuesday, June 9, 2015, in which to file his Response to Defendants Motions.

10. No request for continuing the trial date have been requested or granted.

11. Two extension for time have been granted previously in this case on December 29, 2014 [Doc. No. 94] and on February 19, 2015 [Doc. No. 125].

12. This extension is sought timely and in good faith, to conserve the parties' and court's resources, and not for the purpose of delay.

13. No one will be prejudiced by this extension of time.

14. This request will serve to further the interests of justice and for a fair and impartial determination of this case.

15. Collins has conferred with counsel for Trans Union and Experian in good faith pursuant to Local Rule 7.1(a) concerning the subject matter of this Motion. Trans Union and Experian are unopposed to continue the trial and for extending the time for Collins to file an answer to their motions for summary judgment. Experian is neither for nor against the Motion.

WHEREFORE, Plaintiff, Michael A. Collins, respectfully requests this Court enter an order continuing the trial of this case for 45 to 60 days, which ever fits within the Courts doc and grant

Collins an enlargement of time, up to and including Tuesday, June 9, 2015, in which to file his Response to Defendants Motions for Summary Judgment.

Dated this 15th day of May, 2015

Respectfully submitted,

By: /s/ Michael Collins

Michael A. Collins, pro se
P.O. Box 460276
Aurora, CO 80046-0276
720.532.3729
E-Mail: macollins@q.com

## CERTIFICATE OF MAILING

I hereby certify that on the 15th day of May, 2015, I served a true and accurate copy of the foregoing **MOTION TO CONTINUE TRIAL DATE AND FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT**, via U.S. mail and/or the CM/ECF system, which the clerk of the court will send notification of such filing to the CM/ECF participants at the following address:

Benton Jordan Barton
Hall & Evans, LLC
1001 17th Street
Suite 300
Denver, CO 80202
Email:  bartonb@hallevans.com

Alyson V. Blatney
Strasburger & Price LLP
2801 Network Blvd., Ste. 600
Frisco, TX 75304
Email: alyson.blatney@strasburger.com
Attorneys for Defendant
TransUnion, LLC

Brian P. Gaffney
Snell & Wilmer, LLP-Denver 1200

Edward S. Chang
Meredith L. Williams
Jones Day-Irvine
3161 Michelson Drive #800
Irvine, CA 92612
Email:  echang@jonesday.com
        mwilliams@jonesday.com

Christian Shaw Monson
Campbell Latiolais & Averbach, LLC
825 Logan St.
Denver, CO 80203
Email:  cmonson@cla-law.net
Attorneys for Defendant
Experian Information Solutions, Inc.

[4]

17th Street One Tabor Center Suite 1900
Denver, CO 80202
Telephone: (303) 634-2087
Facsimile: (303) 634-2020
Email: bgaffney@swlaw.com

Brian J. Olson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404.215.5806
Facsimile:  404.572.5100
Email: bjolson@kslaw.com

Attorneys for Defendant Equifax
Information Solutions, LLC

s/Michael A. Collins
Michael A. Collins