IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00742-RBJ-NYW

MICHAEL A. COLLINS,

    Plaintiff,

v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

Magistrate Judge Nina Y. Wang

    This civil action is before the Court on Defendant Trans Union, LLC's Motion for Leave to File Its Amended Answer to Add a Counterclaim ("Motion to Amend"). [#143, filed April 22, 2015]. Pursuant to the Order Referring Case dated September 18, 2014 [#50] and the memorandum dated April 27, 2015 [#148], the matter was referred to this Magistrate Judge.

    On June 10, 2015, this court issued a Recommendation that Judge Jackson grant Trans Union LLC's Motion for Summary Judgment and enter judgment in favor of that Defendant accordingly. [#177]. Therefore, I respectfully RECOMMEND that, in light of the pending Recommendation, the Motion to Amend [#143] is DENIED AS MOOT, with leave to refile in the event any of Plaintiff's claims as to Trans Union LLC survive summary judgment.

DATED: June 10, 2015                      BY THE COURT:

                                                      s/ Nina Y. Wang
                                                      United States Magistrate Judge