IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00742-RBJ | Date: | November 18, 2015 |
| Courtroom Deputy: | Deborah Hansen | Court Reporter: | Kara Spitler |
| | | Time: | 2 hours and 30 minutes |

| *Parties* | *Counsel* |
|---|---|
| MICHAEL A. COLLINS, | *pro se* |
| **Plaintiff,** | |
| v. | |
| TRANS UNION, LLC, | *Alyson Blatney* |
| | *Benton Barton* |
| **Defendant.** | |

## COURTROOM MINUTES

**EVIDENTIARY MOTIONS HEARING**

Court in Session: 02:30 p.m.

Appearances of counsel.

Court's comments

Opening Statement by Ms. Blatney

Opening Statement by Mr. Collins

**DEFENDANT'S WITNESS MICHAEL COLLINS**
02:57 Direct (by Ms. Blatney)

All defendant's exhibits are stipulated as to authenticity.

Defendant's Exhibits A, B and C are RECEIVED INTO EVIDENCE.

Defendant's Exhibits D through H are RECEIVED INTO EVIDENCE (objections overruled).

**DEFENDANT'S WITNESS ALYSON BLATNEY**
03:58 Direct (by Mr. Barton)

Defendant's Exhibits I and J are RECEIVED INTO EVIDENCE.

04:33   Cross (by Mr. Collins)

04:38   Redirect (by Mr. Barton)

**PLAINTIFF'S WITNESS MICHAEL COLLINS**
04:40 Direct (by Mr. Collins)

Plaintiff's Exhibits No. 1, 2 and 3 are RECEIVED INTO EVIDENCE.

**ORDERED:   Defendant Trans Union's Motion for Costs [232] and Defendant Trans Union's Motion for Attorney Fees [233] are TAKEN UNDER ADVISEMENT.**

Court in Recess: 05:00 p.m.
Hearing concluded