IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 14-cv-00742-RBJ

MICHAEL A. COLLINS,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

    IT IS STIPULATED AND ORDERED that counsel for Defendant Trans Union, LLC shall retain custody of its original exhibits from the November 18, 2015 hearing until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado this 18th day of November 2015.

BY THE COURT:

_____
Judge R. Brooke Jackson

_____
Attorney for Defendant

_____
*pro se* Plaintiff